

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00429-CR

**IN RE** David **SALINAS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Karen Angelini, Justice
     Rebeca C. Martinez, Justice
     Patricia O. Alvarez, Justice

Delivered and Filed: July 17, 2013

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On July 9, 2013, relator filed a petition for writ of mandamus seeking an order from this court directing his appointed counsel to file an affidavit in response to relator's application for writ of habeas corpus, as ordered by the trial court. However, this court does not have jurisdiction to grant the requested relief. By statute, this court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a)-(b) (West 2004). We conclude the writ is not necessary to enforce our jurisdiction. Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2010CR7306B-W1, styled *The State of Texas v. David Salinas*, pending in the 290th Judicial District Court, Bexar County, Texas, the Honorable Melisa Skinner presiding.